IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DR. MATILDA SAENZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:10-CV-742-O |
| | § | |
| DALLAS COUNTY COMMUNITY | § | |
| COLLEGE DISTRICT, | § | |
| | § | |
| Defendant. | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

COME NOW, Plaintiff Dr. Matilda Saenz ("Saenz") and Defendant Dallas County Community College District ("DCCCD") and file this Agreed Motion to Dismiss with Prejudice, and would show the Court as follows:

Plaintiff Saenz desires to dismiss her claims asserted against Defendant DCCCD in this Cause with prejudice to the refiling of same and the Parties request that the Court enter an order dismissing the claims asserted between the Parties in accordance with same. A proposed order is submitted herewith.

WHEREFORE, Dr. Matilda Saenz and Dallas County Community College District request that the above-named and numbered action be dismissed with prejudice to the refiling of any and all claims that were or could have been raised herein, with all parties to bear their own attorneys' fees and costs.

Respectfully submitted,

 s/ Katie Anderson
Katie Anderson
State Bar No. 00789631
katie.anderson@strasburger.com
M. Kasey Ratliff
State Bar No. 24041751
kasey.ratliff@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202-3794
Telephone:     (214) 651-4300
Facsimile:      (214) 651-4330

ATTORNEYS FOR DEFENDANT

 s/ Frank Hill
Frank Hill
State Bar No. 09632000
fhill@hillgilstrap.com
HILL GILSTRAP, P.C.
1400 West Abram Street
Arlington, Texas  76013
(817) 261-2222
(817) 861-4685 Facsimile

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that on May 19, 2011, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

s/ Katie Anderson